IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-15 |
| | ) | [UNDER SEAL] |
| DAVID DOMINIC BOYCE | ) | |

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Soo C. Song, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant DAVID DOMINIC BOYCE, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with coercion and enticement and travel with intent to engage in illicit sexual conduct, in violation of Title 18, United States Code, Sections 2422(b), 2423(b) and (e).

Recommended bond: Detention.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

By: _____
SOO C. SONG
Assistant U.S. Attorney
DC ID No. 457268